# EXHIBIT 4

**COMMONWEALTH OF KENTUCKY**
**FRANKLIN CIRCUIT COURT**
**DIVISION 1**
**CIVIL ACTION NO. 26-CI-00689**
*Electronically Filed*

COMMONWEALTH OF KENTUCKY, EX
REL. ATTORNEY GENERAL, RUSSELL
COLEMAN,

                    *Plaintiff*,

       v.

KALSHIEX LLC,
KALSHI INC.,
KALSHI KLEAR INC.,
KALSHI KLEAR LLC,
KALSHI TRADING LLC,
ROBINHOOD MARKETS, INC.,
ROBINHOOD DERIVATIVES LLC,
WEBULL CORPORATION
and
COINBASE FINANCIAL MARKETS, INC.,

                    *Defendants*.

**<u>NOTICE OF REMOVAL</u>**

TO THE CLERK OF THE Franklin Circuit Court of the Commonwealth of Kentucky:

PLEASE TAKE NOTICE that the above-titled action is removed by Defendants

KALSHIEX LLC, KALSHI INC., KALSHI KLEAR INC., KALSHI KLEAR LLC, and KALSHI

TRADING LLC to the United States District Court for the Eastern District of Kentucky, pursuant

to 28 U.S.C. § 1446.  A copy of the Notice of Removal filed with the United States District Court

for the Eastern District of Kentucky is attached as Exhibit 1.  Pursuant to 28 U.S.C. § 1446(d), this

Court shall proceed no further with this action.

Dated:    June 19, 2026

*/s/ Grahmn N. Morgan*
Grahmn N. Morgan (KY Bar No. 89219)
Mary K. Callesen (KY Bar No. 101993)
Erica A. Ashton (KY Bar No. 99489)
**DINSMORE & SHOHL LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Phone: 859.425.1044
Fax: 859.425.1099
Grahmn.morgan@dinsmore.com
Kassie.callesen@dinsmore.com
Erica.ashton@dinsmore.com

Neal K. Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
Colleen R. Sinzdak (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

Grant R. Mainland (*pro hac vice* forthcoming)
Katherine K. Fell (*pro hac vice* forthcoming)
Matthew Laroche (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Nicole D. Valente (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001-2163
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Defendants KalshiEX LLC, Kalshi*
*Inc., Kalshi Klear Inc., Kalshi Klear LLC, and*
*Kalshi Trading LLC.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of Franklin County

Circuit Court via KY-ECF system, which will send notification of the foregoing filing by email to

the following parties, this 19th day of June, 2026:

Daniel Keiser (KBA No. 100264)
Alex Scutchfield (KBA No. 87009)
Philip Heleringer (KBA No. 96748)
J. Christian Lewis (KBA No. 87109)
Justin Clark (KBA No. 89313)
daniel.keiser@ky.gov
alex.scutchfield@ky.gov
philip.heleringer@ky.gov
christian.lewis@ky.gov
justindclark@ky.gov

Adam J. Levitt (pro hac vice forthcoming)
Daniel R. Ferri (pro hac vice forthcoming)
Joseph Nelson, Jr. (pro hac vice forthcoming)
alevitt@dicellolevitt.com
dferri@dicellolevitt.com
jnelson@dicellolevitt.com
*Attorneys for Plaintiff the Commonwealth of Kentucky, ex. rel. Attorney General Russell
Coleman*

I further certify that a true and correct copy of the foregoing is to be served via email and

operation of regular U.S. Mail, postage pre-paid, on this 19th day of June, 2026, upon the following:

Jordan L. Estes (pro hac vice forthcoming)
Yaira Dubin (pro hac vice forthcoming)
Judson O. Littleton (pro hac vice forthcoming)
Trevor Bondy Gopnik (pro hac vice forthcoming)
S. Stephanie Hahn
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.2400
jestes@gibsondunn.com (pro hac vice forthcoming)

3

ydubin@gibsondunn.com (pro hac vice forthcoming)
jlittleton@gibsondunn.com (pro hac vice forthcoming)
tgopnik@gibsondunn.com (pro hac vice forthcoming)
shahn@gibsondunn.com (pro hac vice forthcoming)
*Attorneys for Defendant Coinbase Financial Markets, Inc.*

Antony L. Ryan (pro hac vice forthcoming)
Kevin J. Orsini (pro hac vice forthcoming)
Brittany L. Sukiennik (pro hac vice forthcoming)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West, 375 Ninth Avenue
New York, New York 10001
Telephone: 212.474.1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com
*Attorney for Defendants Robinhood Markets, Inc. and Robinhood Derivatives LLC*

I further certify that a true and correct copy of the foregoing is to be served via operation

of regular U.S. Mail, postage pre-paid, on this 19th day of June, 2026, upon the following:

ATTN: Legal Department
Webull Corporation
200 Carillon Parkway, St. Petersburg, Florida, 33716

*/s/ Grahmn N. Morgan*

4