**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL, RUSSELL COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC et al.,<br><br>Defendants. | Case No. 3:26-cv-00048-REW<br><br>Judge: Hon. Robert E. Wier<br><br>Removed from the Franklin Circuit Court of the Commonwealth of Kentucky<br>Civil Case No. 26-CI-00689 |

**<u>COMMONWEALTH OF KENTUCKY'S MOTION TO REMAND</u>**

The Commonwealth of Kentucky, *ex rel.* Attorney General, Russell Coleman, respectfully moves the Court to remand the case to the Franklin Circuit Court. Subject matter jurisdiction does not exist, making remand appropriate under 28 U.S.C. § 1447(c). The Commonwealth further moves for an order granting just costs and actual expenses, including attorney fees, pursuant to 28 U.S.C. § 1447(c). The reasons for granting the motion are fully set forth in the accompanying memorandum.

DATED: July 20, 2026

Respectfully submitted:

By: *<u>/s/ Alex L. Scutchfield</u>*

RUSSELL COLEMAN
Kentucky Attorney General
Daniel Keiser (KBA No. 100264)
Alex Scutchfield (KBA No. 87009)
J. Christian Lewis (KBA No. 87109)
Justin Clark (KBA No. 89313)
Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601

Phone: (502) 696-5300
daniel.keiser@ky.gov
alex.scutchfield@ky.gov
christian.lewis@ky.gov
justindclark@ky.gov

Adam J. Levitt*
Daniel R. Ferri*
Joseph Nelson, Jr.*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com
jnelson@dicellolevitt.com

*Attorneys for the Commonwealth of Kentucky*

*Motions for admission *pro hac vice* to be filed