**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL, RUSSELL COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC et al.,<br><br>Defendants. | Case No. 3:26-cv-00048-REW<br><br>Judge: Hon. Robert E. Wier<br><br>Removed from the Franklin Circuit Court of the Commonwealth of Kentucky<br>Civil Case No. 26-CI-00689 |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff Commonwealth of Kentucky, *ex rel.* Attorney General, Russell Coleman's Motion to Remand. Upon review and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand is **GRANTED**;
2. This action is **REMANDED** to the Franklin Circuit Court of the Commonwealth of Kentucky, Civil Action No. 26-CI-00689; and
3. The Court **AWARDS** just costs and actual expenses, including attorney fees, incurred by Plaintiff, pursuant to 28 U.S.C. § 1447(c).

**SO ORDERED**

DATE:______________________ ______________________

THE HONORABLE ROBERT E. WIER
UNITED STATES DISTRICT JUDGE