**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL, RUSSELL COLEMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>KALSHIEX LLC, KALSHI INC., KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, WEBULL CORPORATION, and COINBASE FINANCIAL MARKETS, INC.,<br><br>*Defendants*. | Case No. 3:26-cv-00048-REW<br><br>Judge: Hon. Robert E. Wier |

**AGREED ORDER**

Pursuant to LR 7.1(b), Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear Inc., Kalshi Klear LLC, and Kalshi Trading LLC (collectively, "Kalshi"), Robinhood Markets, Inc. and Robinhood Derivatives, LLC (collectively, "Robinhood"), Coinbase Financial Markets, Inc. ("Coinbase"), and Webull Corporation ("Webull" and, together with Kalshi, Robinhood, and Coinbase, "Defendants"), and Plaintiff Commonwealth of Kentucky, ex rel. Attorney General, Russell Coleman ("Plaintiff") consent to a 14-day extension of time for Defendants to object to the Report & Recommendation entered on October 14, 2026, Dkt. No. 67, and a 14-day extension of time for Plaintiff to respond to any objections.

WHEREAS good cause exists for the requested extension of time to allow coordination among the various Defendants;

WHEREAS good cause exists for the requested extension of time to allow Plaintiff sufficient time to respond to any objections;

IT IS HEREBY ORDERED:

(1) That the deadline for Defendants to file objections to the Report & Recommendation is extended from October 28, 2026, to November 12, 2026; and

(2) That the deadline for Plaintiff to respond to any objections is extended from November 12, 2026, to December 10, 2026.

HAVE SEEN AND AGREED TO:

TO BE ENTERED:

/s/ *Jeffrey S. Moad* (with permission)
Jeffrey S. Moad
Chadwick McTighe
**STITES & HARBISON, PLLC**
400 W. Market Street, Suite 1800
Louisville, KY 40202
Tel: (502) 587-3400
jmoad@stites.com
cmctighe@stites.com

Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Attorneys for Robinhood Derivatives, LLC*

/s/ *Grahmn N. Morgan*
Grahmn N. Morgan (KBA No. 89219)
Mary K. Callesen (KBA No. 101993)
Erica A. Ashton (KBA No. 99489)
**DINSMORE & SHOHL LLP**
100 West Main Street, Suite 900

/s/ *Alex Scutchfield* (with permission)
Alex Scutchfield
Philip Heleringer
Daniel Keiser
J. Christian Lewis
Justin Clark
Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
alex.scutchfield@ky.gov
philip.heleringer@ky.gov
daniel.keiser@ky.gov
christian.lewis@ky.gov
justind.clark@ky.gov

Adam J. Levitt
Daniel R. Ferri
Joseph Nelson, Jr.
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
dferri@dicellolevitt.com
jnelson@dicellolevitt.com

*Attorneys for Plaintiff*

Lexington, KY 40507
Phone: 859.425.1044
Fax: 859.425.1099
grahmn.morgan@dinsmore.com
kassie.callesen@dinsmore.com
erica.ashton@dinsmore.com

Neal K. Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen R. Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

Tawfiq S. Rangwala (*pro hac vice*)
Grant R. Mainland (*pro hac vice*)
Katherine K. Fell (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001-2163
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear Inc., Kalshi Klear LLC, and Kalshi Trading LLC*

/s/ *Yaira Dubin* (with permission)
Jordan L. Estes (*pro hac vice*)
Yaira Dubin (*pro hac vice*)
Trevor Bondy Gopnik (*pro hac vice*)
S. Stephanie Hahn (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2400
jestes@gibsondunn.com
ydubin@gibsondunn.com
tgopnik@gibsondunn.com
shahn@gibsondunn.com

Judson O. Littleton (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, NW
Washington, DC 20036
Tel: (202) 955-8531
jlittleton@gibsondunn.com

*Attorneys for Coinbase Financial Markets, Inc.*

/s/ *Christian T. Kemnitz* (with permission)

Christian T. Kemnitz (*pro hac vice*)
Brian J. Poronsky (*pro hac vice*)
Sarah Weber (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
christian.kemnitz@katten.com
brian.poronsky@katten.com
sarah.weber@katten.com

Zoe Lo (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Tel: (212) 940-8800
zoe.lo@katten.com

Daniel J. Davis (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Ave., N.W., Ste. 800
Washington, DC 20006
Tel: (202) 625-3500
daniel.davis@katten.com

*Attorneys for Webull Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will send a notice of electronic filing to counsel of record.

This 26th day of October, 2026.

*/s/ Grahmn N. Morgan*
Grahmn N. Morgan

*Attorneys for Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear Inc., Kalshi Klear LLC, and Kalshi Trading LLC*