UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL, RUSSELL COLEMAN,

Plaintiff,

v.

KALSHIEX LLC, *et al.*,

Defendants.

No. 3:26-CV-48-REW

ORDER

*** *** *** ***

Defendants Kalshi Inc.; KalshiEX LLC, Kalshi Klear Inc.; Kalshi Klear LLC; and Kalshi Trading LLC; Robinhood Markets, Inc.; Robinhood Derivatives, LLC; Coinbase Financial Markets, Inc.; and Webull Corporation (collectively, “Defendants”), and Plaintiff Commonwealth of Kentucky, ex rel. Attorney General, Russell Coleman filed an agreed order consenting to a 14-day extension for Defendants to object to Judge Atkins’s Report and Recommendation (DE 67) along with a corresponding 14-day extension for Plaintiffs to respond to any objection. *See* DE 71 (Motion). Being sufficiently advised, the Court **GRANTS** DE 71. Defendants may have until **November 12, 2026**, to raise any objection to the Report and Recommendation. Plaintiff shall then respond within 14 days of filing.

This the 26th day of October, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**