UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:26-CV-00048-REW-EBA

COMMONWEALTH OF KENTUCKY,
*ex rel.* ATTORNEY GENERAL,
RUSSELL COLEMAN, PLAINTIFF,

V.

**ORDER**

KALSHIEX LLC, *et al.*, DEFENDANTS.

*** *** *** ***

This matter is before the Court on the Unopposed Joint Motion to Extend the Deadlines for Defendants Robinhood Markets, Inc. and Webull Corporation to Answer or Otherwise Respond to Plaintiff's Complaint. [R. 73]. Defendants Robinhood and Webull seek to have 30 days after the Court's ruling on Plaintiff's motion to remand, [R. 29], to file their answers. [R. 73]. This motion is unopposed. [*Id.*]. Therefore, having considered the matter, and being otherwise sufficiently advised,

**IT IS ORDERED** that the joint motion to extend the deadline to answer the Plaintiff's complaint, [R. 73], is **GRANTED**. Therefore, Defendants Robinhood Markets, Inc. and Webull Corporation **SHALL** have 30 days from the date on which the Court rules on the pending Motion to Remand, [R. 29], to answer or otherwise respond to the Complaint.

Signed November 2, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**